IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
CAPE GIRARDEAU DIVISION

| | |
|---|---|
| DAVID ATERS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:24-cv-104-ACL |
| ) | |
| MIDLAND CREDIT MANAGEMENT, ) | |
| INC. ET AL ) | |
| ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SETTLEMENT AS TO DEFENDANT**
**EQUIFAX INFORMATION SERVICES, LLC**

COMES NOW, Plaintiff David Aters, by and through the undersigned counsel, and gives notice to the court that a settlement has been reached between the Plaintiff and Defendant Equifax Information Solutions, LLC in this matter.

1. Plaintiff and Defendant Equifax Information Solutions, LLC have settled all matters in controversy in principle and are in the process of finalizing their settlement of this matter.

2. The parties expect to file a notice of voluntary dismissal with prejudice within the next 60 days as part of that settlement.

3. The parties request a stay of 60 days to allow the parties time in which to finalize the settlement agreement, procure all necessary signatures, and allow the parties adequate time to fulfill the terms of the settlement agreement in their entirety.

WHEREFORE the Plaintiff respectfully requests that the Court vacate all outstanding case deadlines and court dates and allow the parties 60 days in which to file a notice of voluntary dismissal as to Equifax Information Solutions, LLC, along with any other relief the Court deems just and proper.

Dated: August 12, 2024

                    Respectfully Submitted,

                    **HALVORSEN KLOTE**

By:     /s/ Joel S. Halvorsen

           Joel S. Halvorsen, #67032
           680 Craig Road, Suite 104
           St. Louis, MO  63141
           P: (314) 451-1314
           F: (314) 787-4323
           joel@hklawstl.com
           *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I, Joel S. Halvorsen, hereby certify that on this Monday, August 12, 2024 a copy of the foregoing document has been sent to all counsel of record via this Court's CM/ECF filing system.

                                          /s/ Joel S. Halvorsen